# VERIFIED RETURN OF SERVICE

Attorney: DAVID E. NEWMAN, P.A., 1533 SUNSET DRIVE, SUITE 225, 3056659633

Court: UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA, COUNTY OF MIAMI-DADE

Case No: **12-CV-22796-ALTONAGA/SIMONTON**
Court Date/Time: __ __ ____ / ____ __
Court Room: 21 DAYS

Plaintiff/Petitioner: **UNITED STATES OF AMERICA CO NEWMAN & MARQUEZ, PA**

vs.

Defendant/Respondent: **OLGA BRUGUES AKA OLGA MUNOZ**

Received by JJL PROCESS CORP. on the 31st day of July, 2012 at 04:15 PM to be served on:

**OLGA BRUGUES AKA OLGA MUNOZ**
370 SW 126 AVE
MIAMI, FL 33175

**GRACE MENDOZA**, being duly sworn, depose and say that on the 1st day of September, 2012 at 03:54 PM, executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** at the address above which is the usual place of abode of the defendant/servee, in accordance with Florida state statutes in the manner indicated below:

**INDIVIDUAL SERVICE: F.S. 48.031(1)(a) :** delivered to **OLGA BRUGUES AKA OLGA MUNOZ**

The person served was over the age of 15 and was advised of the contents.

Based upon inquiry, the party served is not currently in the military service of the United States of America.

I certify that I am of legal age, I have no interest in the above action and that I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Service Comments:
9/1/2012 3:54 PM: Hispanic short haired lady with green eyes and salt and pepper hair

Description of the person served: Female, White skin, Gray hair, Approx. Age: 45 years, Approx. Height: 5 ft 7 in., Approx. Weight: 159 lbs.

X _____
GRACE MENDOZA
Process Server #: 2168
JJL PROCESS CORP.
6415 LAKEWORTH ROAD #100
GREENACRES, FL, 33463
(561) 283-0009
Atty File#: OLGA BRUGUES
Job ID#: 1289493

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF FLORIDA

**United States of America**
c/o NEWMAN & MARQUEZ, P.A.
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

Case Number: **12-cv-22796-Altonaga/Simonton**

vs.

**OLGA BRUGUES A/K/A OLGA MUNOZ**
2370 SW 126 AVE
MIAMI, FL 33175

### SUMMONS IN A CIVIL ACTION

TO: (Name and Address of Defendant)

**OLGA BRUGUES A/K/A OLGA MUNOZ**
2370 SW 126 AVE
MIAMI, FL 33175

*A lawsuit has been filed against you.*

*Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:*

**PLAINTIFF'S ATTORNEY** (Name and Address)

Newman & Marquez, P.A.
JENNIFER MARGOLIS MARQUEZ
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

*If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.*

Date: **7/31/2012**



# SUMMONS

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts